Docusign Envelope ID: 7AD029E5-4721-4574-8744-5CBC309567EA

Case 9:25-bk-11345-RC    Doc 8-1    Filed 10/28/25    Entered 10/28/25 15:24:56    Desc
Supplemental Declaration of Chris Lee    Page 1 of 3

1  MILLER NASH LLP
   Bernie Kornberg (SBN 252006)
2  bernie.kornberg@millernash.com
   340 Golden Shore, Suite 450
3  Long Beach, California 90802
   Telephone:    562.435.8002
4  Facsimile:    206.340.9599

5  Attorneys for Creditor
   Live Oak Banking Company
6

7
                    UNITED STATES BANKRUPTCY COURT
8
            CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION
9

10
   In Re:                                    Case No. 25-BK-11345
11
   JILL ANN BELL,                             Chapter 7
12
            Debtor.                           **SUPPLEMENTAL DECLARATION OF
13                                            CHRIS LEE IN SUPPORT OF LIVE
                                              OAK BANKING COMPANY'S
14                                            MEMORANDUM OF POINTS AND
                                              AUTHORITIES SUPPORTING LIVE
15                                            OAK BANKING COMPANY'S
                                              MOTION FOR RELIEF FROM THE
16                                            AUTOMATIC STAY UNDER § 362**

17                                            Date: December 2, 2025
                                              Time: 9:00 a.m. PST
18                                            Location: 1415 State Street, Suite 233, Santa
                                              Barbara, California, 93101
19

20
         I, Chris Lee, state and declare as follows:
21
         1.    I am employed by creditor Live Oak Banking Company, a North Carolina
22
   Corporation ("Live Oak") as a Special Assets Manager, Loss Mitigation in Wilmington, North
23
   Carolina. I make this supplemental declaration in support of Live Oak's Memorandum of Points
24
   and Authorities Supporting Live Oak's Motion for Relief from the Automatic Stay under § 362.
25
   Live Oak is a North Carolina corporation and chartered bank with its headquarters in
26
   Wilmington, North Carolina.
27

28

                                          - 1 -                DECLARATION OF CHRIS LEE

2. I make this declaration in support of the motion of Live Oak for relief from the automatic stay to continue its foreclosure proceeding in state court as against Jill Ann Bell's (the "Debtor") property located at 4601 Campus Street, Ventura CA 93003 (the "Property"). My duties at Live Oak include serving as custodian of records on behalf of Live Oak as to the Debtor's guarantee. I am familiar with the manner and procedures by which the records, letters and memoranda contained in Live Oak's files are prepared and maintained. Those records, letters and memoranda are prepared by agents or employees of Live Oak in performance of their regular business duties. Those records, letters and memoranda are made either by persons with knowledge of the matters they record or from information supplied by persons with such knowledge. It is Live Oak's regular business practice to maintain such records, letters or memoranda in the course of its business. The documents herein contained and referenced are business records produced and maintained in this above-described manner. Except as otherwise specifically stated in this Declaration, the facts set forth herein are based on my review of the files to this account and if called as a witness I could and would be competent to testify to those facts.

3. On April 2, 2018, the Debtor's retail pharmacy business, Jdub Pharma Inc. ("Jdub") a California corporation, signed a promissory note in the amount of $2,865,000.00 payable to Live Oak (the "Note").

4. In connection with the Note, the Debtor executed an Unconditional Guarantee (the "Guarantee") where the Debtor "unconditionally guarantee[d] payment to [Live Oak] of all amounts owing under the Note." Attached as <u>Exhibit D</u> is a true and accurate copy of the Unconditional Guarantee.

5. On or about January 2020, the Debtor, in her individual capacity, conveyed the Property by way of Quit Claim Deed to the Jill A. Bell Family Trust, dated January 2, 2020. Attached as <u>Exhibit</u> G is a true and accurate copy of the Quit Claim Deed dated January 2, 2020.

6. Jdub defaulted under the Note for failing to make its payments for the months of February 2024, March 2024, April 2024, and May 2024.

Docusign Envelope ID: 7AD029E5-4721-4574-8744-5CBC309567EA

Case 9:25-bk-11345-RC    Doc 8-1    Filed 10/28/25    Entered 10/28/25 15:24:56    Desc
Supplemental Declaration of Chris Lee    Page 3 of 3

7. On or about May 8, 2024, Live Oak sent a Notice of Right to Cure Default, stating that Jdub was in default of its obligations owed to Live Oak and demanded immediate payment in full. Attached as <u>Exhibit H</u> is a true and accurate copy of the Notice of Right to Cure Default.

8. Jdub failed to cure its default.

9. On November 1, 2024, Live Oak accelerated the outstanding balance due and owing and demanded full payment in the amount of $1,543,622.40 and provided notice of its reservation of rights to initiate appropriate collection activities and commence a lawsuit. Attached as <u>Exhibit I</u> is a true and accurate copy of the Final Demand.

10. The Debtor failed to satisfy her legal obligations pursuant to the Guarantee, requiring her to guarantee payment to Live Oak of all sums due and owing under the Notice.

11. On August 18, 2025, Live Oak commenced a lawsuit against the Debtor, individually and as trustee of the Jill A. Bell Family Trust in the Superior Court of the State of California for Ventura Couty, Case No. 2025CUCLO49406 for (i) judicial foreclosure of the Property; and (ii) deficiency judgment against the Debtor (the "Foreclosure Proceeding"). Attached as <u>Exhibit J</u> is a true and accurate copy of the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October __, 2025
       10/21/2025

By: *Christopher E. Lee*
    D49F18BA39E64A1...
Signed by: